

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00475-CV

ADOLFO VELA D/B/A ADELCO ENTERPRISES
v.
CATLIN SPECIALTY INSURANCE COMPANY, ET AL.

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2012-DCL-4362-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant, Adolfo Vela d/b/a Adelco Enterprises.

We further order this decision certified below for observance.

April 16, 2015